IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **In re** § | |
| § | **Civ. Act. No. 3:21-cv-0881-x** |
| **HIGHLAND CAPITAL MANAGEMENT,** § | |
| **L.P.** § | **Consolidated with:** |
| § | **3:21-cv-0880-x** |
| Reorganized Debtor/Plaintiff, § | **3:21-cv-1010-x** |
| § | **3:21-cv-1378-x** |
| v. § | **3:21-cv-1379-x** |
| § | **3:21-cv-3160-x** |
| **NEXPOINT ASSET MANAGEMENT,** § | **3:21-cv-3162-x** |
| **L.P. (f/k/a HIGHLAND CAPITAL** § | **3:21-cv-3179-x** |
| **MANAGEMENT FUND ADVISORS,** § | **3:21-cv-3207-x** |
| **L.P.), et al.,** | **3:22-cv-0789-x** |
| **Defendants.** | |

### NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

James Dondero ("Dondero"), defendant in Civ. Act. No. 3:22-cv-0881-x (consolidated with the above-captioned matters) and the adversary proceeding styled *Highland Capital Management, L.P. vs. James Dondero, et al.*, Adversary Proceeding No. 21-03003-sgj, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court for the Northern District of Texas: (1) the AMENDED FINAL JUDGMENT AGAINST JAMES DONDERO entered in this consolidated case as Dkt. 148 on August 3, 2023, and (2) Electronic Orders Dkt. 129 and Dkt. 131 (clarified by Electronic Order Dkt. 135, entered on July 6, 2023) which denied as moot the Motion for Ruling on Pending Objections (addressing, *inter alia*, an Objection to Order Denying Motions to Extend Expert Disclosure and Discovery Deadlines).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Plaintiff Highland Capital Management, L.P.**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
mhayward@haywardfirm.com
Zachery Z. Annable
zannable@haywardfirm.com
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755-7108
Facsimile: (972) 755-7110

**Defendant James Dondero**

STINSON LLP
Deborah Rose Deitsch-Perez
deborah.deitsch-perez@stinson.com
Michael P. Aigen
michael.aigen@stinson.com
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

Dated: September 1, 2023

        Respectfully submitted,

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez
        State Bar No. 24036072
        deborah.deitschperez@stinson.com
        Michael P. Aigen
        michael.aigen@stinson.com
        State Bar No. 24012196
        STINSON LLP
        2200 Ross Avenue, Suite 2900
        Dallas, Texas 75201
        (214) 560-2201 telephone
        (214) 560-2203 facsimile

        *Attorneys for Defendant James Dondero*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 1, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case.

        */s/ Deborah Deitsch-Perez*
        Deborah Deitsch-Perez

3522697.0002/184062984.1