Case No. 23-10911

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

In the Matter of: Highland Capital Management, L.P.,

Debtor,

Highland Capital Management, L.P.,

Appellee,

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., formerly known as HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

Appellants.

_____

In the Matter of: Highland Capital Management, L.P.,

Debtor,

James D. Dondero,

Appellant,

v.

Highland Capital Management, L.P.,

Appellee.

# BANKRUPTCY CREDITOR DISCLOSURE

Appeal from the United States District Court for the
Northern District of Texas, the Honorable Brantley Starr

Civ. Act. No. 3:21-cv-00881-X

    Deborah Deitsch-Perez, Esq.
    Michael Aigen, Esq.
    **STINSON LLP**
    2200 Ross Avenue, Suite 2900
    Dallas, TX 75201
    Telephone: (214) 560-2201
    Facsimile: (214) 560-2203

    **ATTORNEYS FOR APPELLANTS**

    Davor Rukavina
    Julian P. Vasek
    **MUNSCH HARDT KOPF & HARR, P.C.**
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75202-2790
    (214) 855-7500 telephone
    (214) 978-4375 facsimile

    **ATTORNEYS FOR APPELLANTS NEXPOINT ASSET MANAGEMENT, L.P. (F/K/A HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.) and NEXPOINT ADVISORS, L.P.**

Pursuant to the Clerk's correspondence dated September 6, 2023, Appellants make the following disclosures:

1. **Debtor:**

Highland Capital Management, L.P.

2. **Members of the Creditor's Committee / Counsel:**

None. Pursuant to the Debtor's confirmed chapter 11 plan, the Committee has been dissolved.

3. **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

   a. Appellant NexPoint Asset Management, L.P. (f/k/a Highland Capital Management Fund Advisors, L.P.)

   b. Appellant NexPoint Advisors, L.P.

   c. Appellant NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)

   d. Appellant Highland Capital Management Services, Inc.

   e. Appellant James Dondero

4. **Any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:**

   a. The Dugaboy Investment Trust (owner of Appellant NexPoint Advisors, L.P.)

**5.      Counsel to the parties/entities identified in (1)-(4):**

Counsel for Debtor/Appellee:

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
mhayward@haywardfirm.com
Zachery Z. Annable
zannable@haywardfirm.com
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755-7108
Facsimile: (972) 755-7110

Counsel for Appellants:

STINSON LLP
Deborah Rose Deitsch-Perez
deborah.deitsch-perez@stinson.com
Michael P. Aigen
michael.aigen@stinson.com
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

MUNSCH HARDT KOPF & HARR, P.C.
Davor Rukavina
drukavina@munsch.com
Julian P. Vasek
jvasek@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

RESPECTFULLY SUBMITTED this 20th day of September, 2023.

**STINSON LLP**

By: */s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez, Esq.
Texas Bar No. 24036072
Michael Aigen, Esq.
Texas Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, TX 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR APPELLANTS**

*/s/ Julian P. Vasek*
Davor Rukavina
Julian P. Vasek
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
(214) 855-7500 telephone
(214) 978-4375 facsimile
Email: drukavina@munsch.com

**ATTORNEYS FOR APPELLANTS NEXPOINT ASSET MANAGEMENT, L.P. (F/K/A HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.) and NEXPOINT ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2023, I caused a true and a correct copy of the foregoing document to be served by the Court's ECF System upon parties entitled to notice thereof, including on counsel for the Appellee.

By: */s/Deborah Deitsch-Perez*
    Deborah Deitsch-Perez