# EXHIBIT 1

| | |
|---|---|
| **From:** | Juan Blanco |
| **To:** | Vasek, Julian |
| **Subject:** | Re: Activity in Case 3:21-cv-00881-X Highland Capital Management LP et al v. NexPoint Asset Management LP Designation of Record on Appeal |
| **Date:** | Tuesday, September 19, 2023 10:36:35 AM |

**External Email: Use caution with links and attachments.**

Hello all,

Okay, we will look at the designation to make a game plan. Highland documents are a bit hard to work with (color within a document, emails attachments, etc), with that said, I'm estimating perhaps, late December before we can get the record finalized. However, things can cross our path and that timeframe may change especially since this designation is 66 pages. We will let you know if we need something from you and will keep you posted when we start on the record.

thanks,



Juan Blanco
Operations Support Specialist
U.S. Bankruptcy Court
Northern District of Texas
214-753-2063

**From:** Vasek, Julian <jvasek@munsch.com>
**Sent:** Tuesday, September 19, 2023 10:16 AM
**To:** Sheniqua Whitaker <sheniqua_whitaker@txnb.uscourts.gov>
**Cc:** Aigen, Michael P. <michael.aigen@stinson.com>; Juan Blanco <Juan_Blanco@txnb.uscourts.gov>
**Subject:** RE: Activity in Case 3:21-cv-00881-X Highland Capital Management LP et al v. NexPoint Asset Management LP Designation of Record on Appeal

**CAUTION - EXTERNAL:**

Sheniqua and Juan:

I believe all the transcripts have already been ordered and are on the docket. With respect to the items without a PDF, I think including a copy of the docket sheet itself is sufficient to cover those items. Finally, I am not aware of any deadline from the Fifth Circuit. Please let me know if you need anything else.

Thanks,
Julian

**Julian P. Vasek**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201-6605

Direct: +1.214.855.7528 / jvasek@munsch.com / munsch.com

**From:** Sheniqua Whitaker <sheniqua_whitaker@txnb.uscourts.gov>
**Sent:** Monday, September 18, 2023 11:50 AM
**To:** Vasek, Julian <jvasek@munsch.com>
**Cc:** Aigen, Michael P. <michael.aigen@stinson.com>; Juan Blanco <Juan_Blanco@txnb.uscourts.gov>
**Subject:** Re: Activity in Case 3:21-cv-00881-X Highland Capital Management LP et al v. NexPoint Asset Management LP Designation of Record on Appeal

**External Email: Use caution with links and attachments.**

Hello Julian,

The designations have been received. I have copied Juan who handles the record on appeal. Except for the electronic orders, we are unable to assemble items designated without a PDF, such as hearing held entries. Are you wanting the transcript for these hearings? Also, has the circuit court provided you with a deadline for the record?



Sheniqua Whitaker
Operations Support Specialist
U.S. Bankruptcy Court
Northern District of Texas
214-753-2123

**From:** Vasek, Julian <jvasek@munsch.com>
**Sent:** Monday, September 18, 2023 10:52 AM
**To:** Sheniqua Whitaker <sheniqua_whitaker@txnb.uscourts.gov>
**Cc:** Aigen, Michael P. <michael.aigen@stinson.com>
**Subject:** FW: Activity in Case 3:21-cv-00881-X Highland Capital Management LP et al v. NexPoint Asset Management LP Designation of Record on Appeal

**CAUTION - EXTERNAL:**

Sheniqua:

The record designation we discussed last week is attached.  Please let us know if you need anything else.

Thanks,
Julian


**Julian P. Vasek**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201-6605

Direct: +1.214.855.7528 / jvasek@munsch.com / munsch.com
**From:** ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
**Sent:** Friday, September 15, 2023 12:28 PM
**To:** Courtmail@txnd.uscourts.gov

**Subject:** Activity in Case 3:21-cv-00881-X Highland Capital Management LP et al v. NexPoint Asset Management LP Designation of Record on Appeal

**External Email: Use caution with links and attachments.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Deitsch-Perez, Deborah on 9/15/2023 at 12:27 PM CDT and filed on 9/15/2023

| | |
|---|---|
| **Case Name:** | Highland Capital Management LP et al v. NexPoint Asset Management LP |
| **Case Number:** | 3:21-cv-00881-X |
| **Filer:** | James Dondero |
| | Highland Capital Management Services Inc |
| | NexPoint Advisors LP |
| | NexPoint Asset Management LP |
| | Nextpoint Real Estate Partners LLC |

**Document Number:** 159

**Docket Text:**

**DESIGNATION of Record on Appeal by James Dondero, Highland Capital Management Services Inc, NexPoint Advisors LP, NexPoint Asset Management LP, Nextpoint Real Estate Partners LLC re [158] Notice of Appeal,,,, [153] Notice of Appeal,,,, [157] Notice of Appeal,,,, [155] Notice of Appeal,,,,, [156] Notice of Appeal,,,, [154] Notice of Appeal,,,, (Deitsch-Perez, Deborah)**

**3:21-cv-00881-X Notice has been electronically mailed to:**

Case Admin Sup     txnb_appeals@txnb.uscourts.gov

Daniel P Elms      elmsd@gtlaw.com, guerrak@gtlaw.com

Davor Rukavina     drukavina@munsch.com

Deborah Rose Deitsch-Perez     deborah.deitsch-perez@stinson.com, patricia.tomasky@stinson.com

Douglas Draper     ddraper@hellerdraper.com, dhepting@hellerdraper.com, gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Gregory V Demo     gdemo@pszjlaw.com, hwinograd@pszjlaw.com, jfried@pszjlaw.com, lsc@pszjlaw.com

Jeffrey N Pomerantz     jpomerantz@pszjlaw.com

John A Morris     jmorris@pszjlaw.com, hwinograd@pszjlaw.com, lsc@pszjlaw.com

Jordan A Kroop     Jkroop@pszjlaw.com

Julian Preston Vasek     jvasek@munsch.com

Lauren Kessler Drawhorn     lauren.drawhorn@wickphillips.com, lkdrawhorn@gmail.com

Leslie A Collins     lcollins@hellerdraper.com, dhepting@hellerdraper.com

Melissa S Hayward     mhayward@haywardfirm.com, mholmes@haywardfirm.com

Michael P Aigen     michael.aigen@stinson.com, patricia.tomasky@stinson.com

Stacey G Jernigan     sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Zachery Z Annable     zannable@haywardfirm.com, zannable@franklinhayward.com

**3:21-cv-00881-X Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=9/15/2023] [FileNumber=15032079-0] [4772fb57eb6db60041947489b910c6ed296cddca029e9d0a31c471e11f0b423eacd4ed7bfbf5fca38264196ee79c613c25ea0c5f6c53b2da3c29454bf15bd3e3]]

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.