# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10911    Highland Capital v. NexPoint Asset
                    USDC No. 3:21-CV-881
                    USDC No. 3:21-CV-880
                    USDC No. 3:21-CV-1010
                    USDC No. 3:21-CV-1378
                    USDC No. 3:21-CV-1379
                    USDC No. 3:21-CV-3160
                    USDC No. 3:21-CV-3162
                    USDC No. 3:21-CV-3179
                    USDC No. 3:21-CV-3207
                    USDC No. 3:22-CV-789

The court has granted the motion to consolidate.

The court has denied the motion for leave to file the principal brief in excess of the page limitations but not to exceed 100 pages for principal briefs and 30 pages for reply brief.

The court has denied the motion to stay the briefing schedules. A motion is required to supplement the record AFTER the briefing notice has issued.

We received your motion to (1) consolidate, (2) stay briefing schedule, and (3) extend length limits for briefs.  However, because the same exact motion was filed in the lead case (23-10911)it is not necessary to file the motion a second time in this case. We took no action on the motion filed in (23-10921). The motion filed in the lead case has been processed accordingly.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                   */s/ Roeshawn Johnson*
                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

Mr. Michael Philip Aigen
Mr. Zachery Z. Annable
Ms. Deborah Rose Deitsch-Perez
Mr. Gregory Vincent Demo
Ms. Melissa Sue Hayward

Ms. Karen S. Mitchell
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Davor Rukavina
Mr. Julian Preston Vasek
Ms. Hayley R. Winograd

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 23-10911

In the Matter of Highland Capital Management, L.P.

    Debtor

Highland Capital Management, L.P.,

    Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., formerly known as HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

    Appellants

---

In the Matter of Highland Capital Management, L.P.

    Debtor

James D. Dondero;

    Appellant

v.

Highland Capital Management, L.P.,

    Appellee

consolidated with

No. 23-10921

In the Matter of Highland Capital Management, L.P.
    Debtor

Highland Capital Management, L.P.,

    Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,

        Appellant