# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 26, 2024

Mr. Michael Philip Aigen  
Stinson, L.L.P.  
2200 Ross Avenue  
Suite 2900  
Dallas, TX 75201

Ms. Deborah Rose Deitsch-Perez  
Stinson, L.L.P.  
2200 Ross Avenue  
Suite 2900  
Dallas, TX 75201

Mr. Davor Rukavina  
Munsch Hardt Kopf & Harr, P.C.  
500 N. Akard Street  
Ross Tower  
Suite 4000  
Dallas, TX 75201

Mr. Julian Preston Vasek  
Munsch Hardt Kopf & Harr, P.C.  
500 N. Akard Street  
Ross Tower  
Suite 4000  
Dallas, TX 75201

    No. 23-10911   Highland Capital v. NexPoint Asset  
                     USDC No. 3:21-CV-881  
                     USDC No. 3:21-CV-880  
                     USDC No. 3:21-CV-1010  
                     USDC No. 3:21-CV-1378  
                     USDC No. 3:21-CV-1379  
                     USDC No. 3:21-CV-3160  
                     USDC No. 3:21-CV-3162  
                     USDC No. 3:21-CV-3179  
                     USDC No. 3:21-CV-3207  
                     USDC No. 3:22-CV-789

Consolidated with:

    No. 23-10921   Highland v. NexPoint  
                     USDC No. 3:21-CV-881

```
              USDC No. 3:21-CV-880
              USDC No. 3:21-CV-1010
              USDC No. 3:21-CV-1378
              USDC No. 3:21-CV-1379
              USDC No. 3:21-CV-3160
              USDC No. 3:21-CV-3162
              USDC No. 3:21-CV-3179
              USDC No. 3:21-CV-3207
              USDC No. 3:22-CV-789
```

Dear Mr. Aigen, Ms. Deitsch-Perez, Mr. Rukavina, Mr. Vasek,

Please be advised that the supplemental record has been filed in appeal no. 23-10911 and briefing has resumed in both appeals. The appellants' brief is due within thirty (30) days from the date on this notice.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Roeshawn Johnson
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:   Mr. Zachery Z. Annable
      Mr. Gregory Vincent Demo
      Ms. Melissa Sue Hayward
      Mr. John A. Morris
      Mr. Jeffrey N. Pomerantz
      Ms. Hayley R. Winograd

In the Matter of Highland Capital Management, L.P.

        Debtor

Highland Capital Management, L.P.,

        Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., formerly known as HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

        Appellants

---

In the Matter of Highland Capital Management, L.P.

        Debtor

James D. Dondero;

        Appellant

v.

Highland Capital Management, L.P.,

        Appellee

consolidated with

---

No. 23-10921

---

In the Matter of Highland Capital Management, L.P.
        Debtor

Highland Capital Management, L.P.,

        Appellee

v.

NexPoint Asset Management, L.P., formerly known as Highland Capital Management Fund Advisors, L.P.,

        Appellant