# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 16, 2024
Lyle W. Cayce
Clerk

No. 23-10911

_____

In the Matter of Highland Capital Management, L.P.

                                                                                                                              *Debtor*,

Highland Capital Management, ,

                                                                                                                              *Appellee*,

*versus*

NexPoint Asset Management, L.P., *formerly known as* Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., *formerly known as* HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

                                                                                                                              *Appellants*,

_____

In the Matter of Highland Capital Management, L.P.

                                                                                                                               *Debtor*,

James D. Dondero;

*Appellant,*

*versus*

Highland Capital Management, L.P.,

*Appellee,*

consolidated with
_____

No. 23-10921
_____

In the Matter of Highland Capital Management, L.P.
*Debtor*,

Highland Capital Management, ,

*Appellee,*

*versus*

NexPoint Asset Management, L.P., *formerly known as* Highland Capital Management Fund Advisors, L.P.,

*Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-881
USDC No. 3:21-CV-880
USDC No. 3:21-CV-1010
USDC No. 3:21-CV-1378
USDC No. 3:21-CV-1379
USDC No. 3:21-CV-3160
USDC No. 3:21-CV-3162
USDC No. 3:21-CV-3179
USDC No. 3:21-CV-3207
USDC No. 3:22-CV-789

_____

Before WIENER, ELROD, and WILSON, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.