# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 16, 2024
Lyle W. Cayce
Clerk

No. 23-10911

---

In the Matter of Highland Capital Management, L.P.

*Debtor*,

Highland Capital Management, ,

*Appellee*,

versus

NexPoint Asset Management, L.P., *formerly known as* Highland Capital Management Fund Advisors, L.P.; NexPoint Advisors, L.P.; NexPoint Real Estate Partners, L.L.C., *formerly known as* HCRE Partners L.L.C.; Highland Capital Management Services, Incorporated; James Dondero,

*Appellants*,

---

In the Matter of Highland Capital Management, L.P.

*Debtor*,

James D. Dondero;

*Appellant*,

versus

No. 23-10911
c/w No. 23-10921

Highland Capital Management, L.P.,

*Appellee,*

consolidated with
_____

No. 23-10921
_____

In the Matter of Highland Capital Management, L.P.

*Debtor*,

Highland Capital Management, ,

*Appellee,*

*versus*

NexPoint Asset Management, L.P., *formerly known as* Highland Capital Management Fund Advisors, L.P.,

*Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-881
USDC No. 3:21-CV-880
USDC No. 3:21-CV-1010
USDC No. 3:21-CV-1378
USDC No. 3:21-CV-1379
USDC No. 3:21-CV-3160

USDC No. 3:21-CV-3162
USDC No. 3:21-CV-3179
USDC No. 3:21-CV-3207
USDC No. 3:22-CV-789

———————————————————

ON PETITION FOR REHEARING EN BANC

Before Elrod, *Chief Judge*, Wiener, and Wilson, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.

———————————————

*Judge Irma Carrillo Ramirez did not participate in the consideration of the rehearing en banc.