# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

February 18, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: NexPoint Asset Management, L.P., fka Highland Capital
Management Fund Advisors, L.P., et al.
v. Highland Capital Management, L.P.
No. 24-880
(Your No. 23-10911, 23-10921)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 13, 2025 and placed on the docket February 18, 2025 as No. 24-880.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst



U.S. COURT OF APPEALS
RECEIVED
FEB 19 2025
FIFTH CIRCUIT